```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DOMENICK J. VULTAGGIO                :
et al.,                              :
                                     :    09 Civ. 3514 (VM)
                     Plaintiffs,     :
                                     :
     -  against  -                   :    NOTICE OF CONFERENCE
                                     :
JOHN M. FEROLITO,                    :
                                     :
                     Defendant.      :
------------------------------------X
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/09
```

**VICTOR MARRERO, United States District Judge.**

All parties are advised that a conference in this matter will take place on August 10, 2009 at 1 p.m.

**SO ORDERED.**

Dated:   New York, New York
         3 August 2009

                                              Victor Marrero
                                                 U.S.D.J.