```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
DOMENICK J. VULTAGGIO               :
et al.,                             :
                                    :      09 Civ. 3514 (VM)
                    Plaintiffs,     :
                                    :
    -  against  -                   :      NOTICE OF HEARING
                                    :
JOHN M. FEROLITO,                   :
                                    :
                    Defendant.      :
-----------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-09

**VICTOR MARRERO**, United States District Judge.

All parties are advised that in the event the Court determines that an evidentiary hearing in this matter is necessary, the proceeding will begin on October 1, 2009 at 9:00 a.m. and extend not longer than three (3) days. The subject matter of the hearing shall be the factual and state law contract issues arising out of the parties' agreements in dispute in this action.

**SO ORDERED.**

Dated:   New York, New York
         14 August 2009

                                    _____
                                    Victor Marrero
                                         U.S.D.J.