UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

DOMENICK J. VULTAGGIO & BEVERAGE
MARKETING USA, INC.,

                             Plaintiffs,      09 Civ. 3514 (VM)

– against –

JOHN M. FEROLITO,

                             Defendant.

------------------------------------------------------------------X

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

**TO:**

**CAMERON LINDSAY**, Warden of the Metropolitan Detention Center Brooklyn, 80 29th Street, Brooklyn, NY, 11232, or his Assistant; and

**JOSEPH GUCCIONE**, United States Marshal for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Suite 400, New York, New York, or his Assistant;

**GREETINGS**:

      We command that **CAMERON LINDSAY**, Warden of the Metropolitan Detention Center Brooklyn, shall have the body of **STEVEN IRA RUBENOFF** (Register # 77302-053), presently detained at the Metropolitan Detention Center Brooklyn in the custody of the Federal Bureau of Prisons, brought under safe and secure conduct to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on October 2, 2009

at 9.30 a.m; or any adjourned date; and that **JOSEPH GUCCIONE**, the United States Marshal for the Southern District of New York, shall provide such suitable quarters and provide for the safekeeping, care and sustenance of **STEVEN IRA RUBENOFF** as is necessary until the conclusion of testimony by **STEVEN IRA RUBENOFF** in the above-captioned matter; and, thereafter, as soon as reasonably possible following the conclusion of such testimony, that **JOSEPH GUCCIONE** shall return **STEVEN IRA RUBENOFF** under safe and secure custody to the Metropolitan Detention Center Brooklyn, 80 29th Street, Brooklyn, NY, 11232; and that the Federal Bureau of Prisons and the United States Marshals Service, shall each bear their respective costs of implementation of the terms of this Writ. It is further

**ORDERED**, that **JOSEPH GUCCIONE**, the United States Marshal for the Southern District of New York, shall provide all necessary security for the custody of **STEVEN IRA RUBENOFF** so long as he is in the temporary custody of the Court.

**WITNESS, THE HONORABLE KEVIN N. FOX**, United States Magistrate Judge, the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York on this ____ day of September 2009.

_J. Michael McMahon_
Clerk, United States District Court
Southern District of New York

The within writ is hereby allowed.
9/16/09
_Kevin Nathaniel Fox_

**HONORABLE KEVIN N. FOX**
United States Magistrate Judge
Southern District of New York